UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ANTHONY MATTA,                                        CASE NO. 1:24-cv-23840-CMA

     Plaintiff,

v.

CARNIVAL CORPORATION, a Foreign
Profit Corporation,

     Defendant.

_____/

## ORDER GRANTING DEFENDANT'S MOTION IN LIMINE TO PRECLUDE EVIDENCE NOT DISCLOSED IN DISCOVERY

**THIS CAUSE** having come before the Court upon the Defendant's Motion in *Limine* to Preclude Evidence Not Disclosed in Discovery [ECF No. 81], and the Court being otherwise apprised in the premises, it is hereby:

**ORDERED AND ADJUDGED** as follows:

The Defendant's Motion is hereby **GRANTED**. Plaintiff is precluded from introducing evidence that was not disclosed during discovery, including any medical records of Katerina Graveda, and precluded from eliciting any testimony regarding these medical records.

DONE AND ORDERED on this _____day of February, 2026.

_____
CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE

Copies furnished: all counsel of record